EL PUEBLO, APELADO, *v.* VIDAL, APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan,
Sección 2ª.

No. 531.—Resuelto en febrero 13, 1913.

DERECHO PENAL—INFRACCIÓN DE LOS REGLAMENTOS DE SANIDAD—CASAS A PRUEBA
DE RATAS—ACUSACIÓN DEFECTUOSA.—Para que pueda una persona ser declarada culpable de una infracción del Reglamento de Sanidad No. 3, es
necesario que la acusación alegue si la casa que ha de ser puesta a prueba
de ratas es de vivienda, o a qué uso se destina. *El Pueblo* v. *Blanco,* 18
D. P. R., 1020. *El Pueblo* v. *Gestera* (pág. 7), y *El Pueblo* v. *Gestera*
(pág. 18).

Los hechos están expresados en la opinión.
Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*
El apelante no compareció.
EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del Tribunal.
En el presente caso se presentó una acusación contra
Teodoro Vidal en la Corte de Distrito de San Juan por infracción del Reglamento de Sanidad, de la cual fué declarado
culpable. Alega la acusación que dicho Teodoro Vidal como

gestor de la casa Aboy, Vidal y Cía., dejó de efectuar ciertas reformas en una casa perteneciente a dicha firma, no obstante estar obligado a ello por los Reglamentos de Sanidad, y de habérsele notificado para que hiciera dichas reformas dentro de cierto término. El reglamento en cuestión es el No. 3, y se refiere a determinadas clases de casas. La acusación es defectuosa porque en ella no se determina cuál es la clase de casa de que ha de responder el apelante. A menos que la acusación alegue si la casa es de vivienda o se determine en alguna otra forma, es imposible, de acuerdo con la misma, resolver que el acusado estuviera sujeto al cumplimiento de alguna obligación, y por consiguiente, que no se hubiera cumplido con la misma. Igual principio ha sido sostenido por este tribunal en los casos de *El Pueblo* v. *Blanco,* 18 D. P. R., 1020, *El Pueblo* v. *Gestera,* (pág. 7,) y *El Pueblo* v. *Gestera,* (pág. 18.)

La sentencia debe ser revocada.

*Revocada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, del Toro y Aldrey.